IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE - DIVISION

BRENDA J. ZORROS, individually, and
TIMOTHY ZORROS, as husband of
Brenda J. Zorros,   CASE NO.: 1:06cv173-SPM/AK

      Plaintiffs,

vs.

U.S. FOODSERVICE, INC., a Foreign Corporation,
db/a U.S. FOODSERVICE OF FLORIDA, INC.,
d/b/a U.S. FOODSERVICE-FLORIDA DIVISION,
d/b/a U.S. FOODSERVICE™,
d/b/a U.S. FOODSERVICE (TM),

      Defendant.
_____/

## ORDER RESETTING TRIAL

Plaintiffs' counsel has notified the Court by letter (doc. 17) of conflicts both sides have with the August 6, 2007 trial date. Plaintiffs' counsel represents that a trial date in October 2007 is amenable to all parties.

Based on the foregoing, trial is reset for 8:30 a.m. on Monday, October 1, 2007. All other dates and deadlines in the Mediation and Scheduling Order (doc. 13) remain unchanged.

SO ORDERED this 4th day of January, 2007.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge