IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRENDA J. ZORROS, individually, and
TIMOTHY ZORROS, as husband of
Brenda J. Zorros,                                CASE NO.: 1:06cv173-SPM/AK

       Plaintiffs,

vs.

U.S. FOODSERVICE, INC., a Foreign Corporation,
db/a U.S. FOODSERVICE OF FLORIDA, INC.,
d/b/a U.S. FOODSERVICE-FLORIDA DIVISION,
d/b/a U.S. FOODSERVICE$^{TM}$,
d/b/a U.S. FOODSERVICE (TM),

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 39) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 24th day of September, 2007.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge